UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN GEORGIA
NEWNAN DIVISION

Kenneth Olmstead and similarly
situated employees,

    Plaintiffs,

v.

CIVIL ACTION FILE NO.
3:16-cv-00198-TWT

RDJE, Inc. and Ronny D. Jones,

    Defendants.
_____/

### ORDER

The above-styled case is before the Court on the Parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The Parties have requested that the Court review and approve their proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED** and their Settlement Agreement and Release is **APPROVED** and incorporated herein by reference. This Court shall retain jurisdiction over this matter until the terms set forth in Section II of the Settlement Agreement have been complied with.

**IT IS SO ORDERED.**

Dated: February 23, 2018         /s/Thomas W. Thrash
                                  THOMAS W. THRASH, JR.,
                                  CHIEF UNITED STATES DISTRICT
                                  JUDGE

| SUBMITTED BY: | CONSENTED TO BY: |
|---|---|
| */s/ Loren Beer Friedman* | */s/ Adian Miller\** |
| Loren Beer Friedman, Esq. | Adian Miller, Esq. |
| Georgia Bar No. 889883 | Georgia Bar No. 794647 |
| lfriedman@fordharrison.com | ARMiller@forthepeople.com |
| Frederick L. Warren, Esq. | MORGAN & MORGAN, P.L.L.C. |
| Georgia Bar No. 738350 | 191 Peachtree Street, N.E. Suite 4200 |
| rwarren@fordharrison.com | Atlanta, GA 30303 |
| FORD & HARRISON LLP | |
| 271 17th Street, NW, Suite 1900 | Charles Ryan Morgan, Esq. |
| Atlanta, Georgia  30363 | Georgia Bar No. 711884 |
| Telephone:  (404) 888-3800 | RMorgan@forthepeople.com |
| | MORGAN & MORGAN, P.L.L.C. |
| | 20 North Orange Avenue, Suite 1600 |
| | Orlando, Florida 32801 |
| | **\*with express permission** |
| Attorneys for Defendants | Attorneys for Plaintiffs |

WSACTIVELLP:9648543.1